

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00264-CR

| | | |
|---|---|---|
| DONAVIN LT COPELAND, Appellant | § | On Appeal from the 213th District Court |
| | § | of Tarrant County (1764934) |
| V. | § | July 31, 2025 |
| | § | Memorandum Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to state: "Case number 1764934 to be served consecutively with case numbers 1763663, 1763837, 1791707, and 1763446." The judgment is also modified to add this order: "Case number 1764934 to be served concurrently with case numbers 1763976, 1764172, 1764265, 1764266, 1764269, and 1812677." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
        Justice Mike Wallach